Filing # 109824716 E-Filed 07/06/2020 03:22:46 PM

## IN THE NINTH JUDICIAL CIRCUIT COURT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO:

BOBBY GREER,

    Plaintiff,

vs.

CIRCLE K STORES, INC.,

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, **BOBBY GREER**, and sues Defendant, **CIRCLE K STORES, INC.**, and alleges:

1. This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, **BOBBY GREER**, is a natural person residing in Orange County, Florida.

3. Defendant, **CIRCLE K STORES, INC.**, is a Florida profit corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant, **CIRCLE K STORES, INC.**, was the owner and in possession of that certain business located at Orange Blossom Trail and Clarcona Ocoee Road, said business being that of a supermarket, open to the general public, including the Plaintiff herein.

5. This Court has jurisdiction over the subject matter of this Complaint and the parties to this cause of action because the incident which is the subject of this Complaint occurred in Orange County, Florida at the **CIRCLE K STORES, INC.** property referenced in paragraph No. 4.

6. On or about August 4, 2019, Plaintiff, **BOBBY GREER**, visited Defendant's premises located at the above address as a business invitee and/or guest.

7. At said time and place, Plaintiff, **BOBBY GREER**, was a lawfully guest upon the premises of the Defendant, **CIRCLE K STORES, INC.** who owed Plaintiff a non-delegable duty to exercise reasonable care for her safety.

8. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the premises/flooring, thus creating a slip or trip hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b) Negligently failing to inspect or adequately inspect the premises/flooring, as specified above, to ascertain whether the transitory foreign substance/object constituted a slip or trip hazard to persons utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the premises/flooring, when Defendant knew or through the exercise of reasonable care should have known that said premises/flooring was unreasonably dangerous and that Plaintiff was unaware of same;

d) Negligently failing to correct and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition of the flooring on Defendant's premises, when said condition occurred with regularity and/or was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

e) Negligently failing to act reasonably under the circumstances;

9. As a result, while Plaintiff was visiting Defendant's business, he slipped and fell on a wet substance, sustaining significant personal injuries.

10. As a direct and proximate result of the negligence of Defendant, **CIRCLE K STORES, INC.**, Plaintiff, **BOBBY GREER**, suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff, **BOBBY GREER**, will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, **BOBBY GREER**, sues the Defendant, **CIRCLE K STORES, INC.**, for damages and demands judgment in excess of exceed Thirty Thousand Dollars and One ($30,001.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this __6th__ day of July, 2020.

*/S/ Marlon White*
Marlon White, Esquire
FBN 0302261
Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1600
Orlando, FL 32801
Telephone:  (407) 420-1414
Facsimile:   (407) 563-8024
Primary email: marlonwhite@forthepeople.com
Secondary email: mcoriano-lopez@forthepeople.com
    nrimmer@for the people.com
Attorneys for Plaintiff